WILLIAM H. BUCKMAN LAW FIRM
Attorneys at Law
Moorestown Office Center
110 Marter Avenue, Suite 209
Moorestown, NJ 08057
(856) 608-9797

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAS LEHNER;
JUSTINE LEHNER;
TYLER LEHNER, and
MADELINE LEHNER,

    Plaintiffs,

v.

JOSEPH MATHEWS;
TOWNSHIP OF MAPLE SHADE
POLICE DEPARTMENT;
MICHAEL MASTRANGELO;
ROBERT BENNETT; and
JOHN DOES 1-10,

    Defendants.

Civil Action No.:1:08-CV-5420

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed without prejudice and without costs to either party.

WILLIAM H. BUCKMAN LAW FIRM
Attorneys at Law
Moorestown Office Center
110 Marter Avenue, Suite 209
Moorestown, NJ 08057

By: _____
    WILLIAM H. BUCKMAN

Dated: 10/20/09.

-1-

Marshall, Dennehey, Warner, Coleman & Goggin
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002

By: _____
    RICHARD L. GOLDSTEIN

Dated:

SO ORDERED: _____